USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                               :
JAMES BARRY,                            :
                      Plaintiff,    :
                                  :
               -v-                   :      09 Civ. 8805 (DLC)
                                  :
CITY UNIVERSITY OF NEW YORK; HUNTER     :        ORDER
COLLEGE; Director of Human Resources   :
ROBERT McGARRY; and ANAND PADMANABHAN, :
Chief Information Officer,           :
                     Defendants.   :
                                  :
-------------------------------------X

DENISE COTE, District Judge:

    As discussed with the parties at a conference held on December 21, 2009, it is hereby

    ORDERED that plaintiff shall by **January 22, 2010** file his amended complaint, which shall be his final pleading. The plaintiff must serve the amended complaint on all defendants by **February 5, 2010**.

    IT IS FURTHER ORDERED that the defendant's November 27, 2009 motion to dismiss [Dkt. No. 6] is dismissed as moot.

    SO ORDERED:

Dated:    New York, New York
           December 21, 2009

                                  _____
                                        DENISE COTE
                               United States District Judge